1008

No. 84–1347.  REBALDO *v.* CUOMO, GOVERNOR OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–1413.  COCHRANE & BRESNAHAN ET AL. *v.* PLAINTIFF CLASS REPRESENTATIVES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–1482.  KARAPINKA *v.* UNION CARBIDE CORP.  C. A. 2d Cir.  Certiorari denied.

No. 84–1521.  HENDRICKS *v.* UNITED STATES. ͵ C. A. 5th Cir. Certiorari denied.

No. 84–1525.  WAITS *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 84–1542.  CONSOLIDATED GAS TRANSMISSION CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–1587.  EDDLETON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–1619.  SMITH ET UX. *v.* MURPHY.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 84–1624.  A. H. ROBINS CO., INC. *v.* THEIS, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. C. A. 10th Cir.  Certiorari denied.

No. 84–1626.  SALSBURY, AS PARENT, NATURAL GUARDIAN, AND ADMINISTRATOR OF THE ESTATE OF SALSBURY *v.* ST. VINCENT HOSPITAL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–1633.  PHILADELPHIA ELECTRIC CO. *v.* BLACK GRIEVANCE COMMITTEE ET AL.; and
No. 84–1641.  INDEPENDENT GROUP ASSN. *v.* BLACK GRIEVANCE COMMITTEE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–1635.  MAGNOLIA BROKERAGE CO. ET AL. *v.* JACKSON ET AL.  C. A. 11th Cir.  Certiorari denied.